**Dorcas M. DUSSAULT v. Paul E. DUSSAULT, No. 234-76**

April 7, 1977. Case is remanded to the Franklin Superior Court for the purpose of allowing plaintiff to file any motions under V.R.C.P. 60(b) that she deems appropriate.

**Frank J. OPIE v. TOWN OF STAMFORD, No. 74-76**

April 7, 1977. Motion for Permission to Intervene granted. Intervenor to file brief within 30 days.

**CLARENDON MOBILE HOME SALES, INC. v. Joel S. FITZGERALD and Donna A. Fitzgerald, No. 89-77**

Motion for Suspension of Rules and Enlargement of Time denied.

**Kenneth W. BROWN, SR., Admr. of the Estate of Dorothea E. Brown v. Burton J. TATRO and the STATE of Vermont, No. 65-77**

April 8, 1977. The motion of State of Vermont to dismiss plaintiff's appeal is granted, there being no notice of appeal directed to the order filed March 6, 1975, which became final December 22, 1976, upon dismissal as to defendant Tatro. The cause is remanded to the Caledonia Superior Court, without prejudice to any motion plaintiff may file pursuant to V.R.C.P. 60(b).

**STATE of Vermont v. Ernest HARVEY, JR., No. 79-75**

April 28, 1977. The cause is remanded forthwith to the Caledonia Superior Court for the limited purpose of disposing of appellee's Motion for Correction of the Record. V.R.A.P. 10(e). The disposition made thereon and the complete record is to be returned to this Court prior to the opening of June Term, 1977.

**RE SOUTHWESTERN VERMONT EDUCATION ASSOCIATION AND MOUNT ANTHONY UNION HIGH SCHOOL BOARD OF SCHOOL DIRECTORS, No. 119-77**

April 28, 1977. Appellant's Motion for Order of Stay denied.

**Rosalie CONDOSTA v. Guido CONDOSTA, Appellant, No. 68-77**

April 29, 1977. Appellant's motion to strike letter denied.